RETIRO DEL HONORABLE VÍCTOR M. PONS NÚÑEZ.

*Número:* ED-92-1          *Resuelto:* 31 de enero de 1992

## RESOLUCIÓN

Don Víctor M. Pons Núñez aceptó en diciembre de 1985 la encomienda de dirigir la Rama Judicial luego de haber dedicado su vida a un fructífero ejercicio de la profesión de abogado, interrumpido en ocasiones, o acompañado, por el desempeño de funciones y responsabilidades públicas de alto mérito. Fue, entre otras cosas, Secretario de Estado de Puerto Rico (1973–1974), miembro del Consejo de Educación Superior y del Grupo Asesor Ad Hoc del Presidente de Estados Unidos y del Gobernador para el Desarrollo del Estado Libre Asociado de Puerto Rico, Presidente del Consejo Financiero del Gobernador y Presidente de la Comisión de Derecho Constitucional de nuestro Colegio de Abogados (1978).

Como Juez Presidente, hubo de enfrentarse a un Tribunal Supremo en cuya plantilla había cuatro (4) Jueces Asociados recién nombrados y a un sistema judicial cuya modernización, en términos del aprovechamiento de la nueva tecnología, era imprescindible. Conjuntamente con sus

funciones judiciales, se dedicó de lleno a las responsabilidades administrativas. Con visión inmediata y a largo plazo, adelantó la mecanización, el desarrollo y el mejoramiento del sistema. En esa tarea, promovió la participación activa y el asesoramiento de los Jueces Administradores y demás funcionarios, impulsó aumentos presupuestarios y estimuló y logró la acción concertada de todos los poderes del Estado para la consecución de determinados objetivos del sistema. El elemento crucial en esas gestiones fue su presencia, acompañada del gesto afable y característico de quienes atesoran el fortalecimiento del espíritu de grupo.

Su contribución más reciente fue llevar a culminar, en tiempo breve y en forma unánime, las labores cruciales y las determinaciones de la Junta Constitucional de Revisión de Distritos Electorales, Senatoriales y Representativos, que hoy sirven de apoyo para la ordenación del sistema eleccionario puertorriqueño.

Tras seis (6) años como Juez Presidente de este Tribunal, el Honorable Don Víctor M. Pons Núñez cesa voluntariamente en sus funciones a la terminación de este día. Su renuncia nos priva de un Juez inteligente, íntegro y justo, quien con acostumbrada sencillez y sensibilidad defendió sus criterios a tono con su conciencia judicial.

Se cierra así una etapa más en la vida institucional de este Foro y de nuestra Rama Judicial, marcada en este caso por la defensa de un principio, inmanente a la función de administrar la justicia, que es exigencia y al mismo tiempo ideal de la vida jurídica. Como Juez Presidente y administrador, su labor se configura en nuestra historia como parte importante de una gesta institucional que nos comprometió a todos, en unidad de propósitos, para defender y adelantar uno de los principios que constituyen nuestra razón de ser: la independencia judicial.

En nombre de la Rama Judicial y de la ciudadanía, nosotros, los Jueces Asociados del Tribunal Supremo de

Puerto Rico, hacemos expresión sincera de nuestro aprecio, estimación y afecto; sentimientos que extendemos a su señora esposa Doña Carmen Luisa Rexach de Pons, a sus queridos hijos y demás familiares.

Lo acordó el Tribunal y certifica el señor Secretario General. El Juez Presidente Señor Pons Núñez no participó.

*(Fdo.)* Francisco R. Agrait Lladó
*Secretario General*